UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 6:17-cr-00026-GFVT-HAI-4 |
| V. | ) | |
| KIMBERLY S. WELLS, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 165.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *Id*. at 3. Defendant Kimberly Wells has not made an objection; failure to make timely objections to the Magistrate Judge's Report and Recommendation results in waiver of any further appeal to or review by the District Court and Court of Appeals as to the particular decision at issue. *See Thomas v. Arn*, 106 S. Ct. 466 (1985); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981).

Upon review, the Court is satisfied that Defendant Wells knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation to Accept Guilty Plea [R. 165] is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Kimberly S. Wells is **ADJUDGED** guilty of Count Six (6) of the Superseding Indictment [R. 20];

3. The Defendant's Jury Trial is **CANCELLED**; and

4. A Sentencing Order shall be entered promptly.

This the 27th day of August, 2018.

Gregory F. Van Tatenhove
United States District Judge